LINDEMAN-CHEVROLET, INCORPORATED, RESPONDENT, v. RELIABLE WOODWORKING COMPANY, APPELLANT.

Submitted May 28, 1926—Decided October 18, 1926.

On appeal from the Supreme Court, whose *per curiam* is printed in 4 *N. J. Mis. R.* 52.

For the appellant, *Milton M. Unger.*

For the respondent, *William L. Greenfield.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the court below.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, KALISCH, KATZENBACH, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ. 11.

*For reversal*—None.